■ PAULINE STERN et al., Respondents, v. NORMAN FEIT, Appellant.— Motion by appellant for a stay of all proceedings, pending determination of appeals, granted on condition that appellant perfect and be ready to argue or submit the appeals at the February Term, beginning January 28, 1963; appeals ordered on the calendar for said term, to be heard together. The consolidated records and appellant's brief must be served and filed on or before January 2, 1963. Respondents' time to file a note of issue and to examine appellant before trial is extended until after the determination of the appeals; and appropriate time for such filing and such examination will be fixed at the time of the disposition of the appeals. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ FLORENCE E. MIRALDI, Respondent, v. DOMINICK A. MIRALDI, Appellant.— Motion by respondent to dismiss appeal, granted; appeal dismissed, without costs. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ In the Matter of JANET M. GRACE. MICHAEL P. GRACE, II, Appellant; JOSEPH P. GRACE, JR., et al., Respondents.— Motion by respondents to dismiss appeal from two orders, granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ In the Matter of HARRY GRAHAM, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— On the call of the calendar, upon motion by respondent, proceeding dismissed. There was no appearance for petitioner and petitioner failed to comply with an order of this court, dated September 14, 1962, requiring him to perfect the proceeding for the November 1962 Term. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ MILTON RUDOLPH, as Executor of ERMALINDA CINCO, Deceased, Respondent, v. SALVATORE CINCO, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated September 14, 1962, requiring him to perfect his appeal for the November 1962 Term. Ughetta, Brennan, Hill and Hopkins, JJ., concur; Beldock, P. J., not voting.

■ In the Matter of GEORGE S. EATON. ANTHONY MAIORELLA, Appellant; GEORGE S. EATON, Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of ANGELA MALIADES, Petitioner, v. JOHN MALIADES, Respondent.— In a proceeding in the Family Court to compel support, the husband, pursuant to section 1012 of the new Family Court Act (L. 1962, ch. 686), moves for leave to appeal to this court from an order of the Family Court, County of Queens, made October 5, 1962, which denied his motion to vacate prior support orders on the ground that in the interim the marriage between the parties had been dissolved by the entry of a divorce decree in the State of Florida. Section 1012 of the Family Court Act permits an appeal to this court as a matter of right from " any order of disposition " made under the act; and the section permits an appeal in the discretion of the Appellate Division from " any other order " under the act. Section 1018 of the act makes applicable the provisions of the Civil Practice Act and the Rules of Civil Practice to appeals from orders made in the Family Court. Following the established practice under the Civil Practice Act, it is our opinion that an order of disposition is one which affects a substantial right of the person aggrieved; such an order is appealable as of right. The order here is such an order. The motion for leave to appeal is therefore denied as unnecessary. It should be noted that, prior to the making of this motion, the husband already had served his notice of appeal—apparently as of right. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.